# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| WILLIE ALBERT RICKS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) **CIVIL ACTION NO. 3:08-CV-223-TFM** |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY | ) |
| | ) |
|     Defendant. | ) |

## **ORDER ON MOTION**

Upon consideration of Defendant's *Motion for Extension* (Doc. #9, filed September 4, 2008), it is hereby **ORDERED** that the motion is **GRANTED**, and Defendant may file his brief **on or before October 6, 2008**.

Done this 4th day of September, 2008.

                                          /s/ Terry F. Moorer
                                        TERRY F. MOORER
                                        UNITED STATES MAGISTRATE JUDGE